IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| L'ORÉAL S.A. and L'ORÉAL USA, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | C.A. No. 12-98-GMS |
| v. | ) | |
| | ) | |
| JOHNSON & JOHNSON CONSUMER | ) | |
| COMPANIES, INC. and NEUTROGENA | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF DEPOSITION OF ANNE MARIE NELSON-BOGLE

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil

Procedure and the Local Rules of the United States District Court for the District of Delaware,

Defendants Johnson & Johnson Consumer Companies, Inc. and Neutrogena Corporation, by and

through their attorneys, will take the oral deposition of Anne Marie Nelson-Bogle.  The

deposition will commence at a time, date, and location in the United States that are mutually

agreeable to the parties, and will continue from day to day until completed.  The deposition will

be conducted before an officer authorized to administer oaths and will be recorded by

stenographic means and by videotape and audiotape.

{00821730;v1 }

ASHBY & GEDDES

*/s/ Andrew C. Mayo*

_____

Steven J. Balick (#2114)
Lauren E. Maguire (#4261)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888
sbalick@ashby-geddes.com
lmaguire@ashby-geddes.com
amayo@ashby-geddes.com

*Attorneys for Defendants Johnson & Johnson*
*Consumer Companies, Inc., and Neutrogena*
*Corporation*

*Of Counsel:*

David T. Pritikin
Russell E. Cass
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL  60603
(312) 853-7000

Bindu Donovan
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY  10019
(212) 839-5300

Dated:  January 13, 2014