## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| L'ORÉAL S.A. and L'ORÉAL USA, INC., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) C.A. No. 12-98-GMS |
| | ) |
| JOHNSON & JOHNSON CONSUMER | ) **JURY TRIAL DEMANDED** |
| COMPANIES, INC. and NEUTROGENA | ) |
| CORPORATION, | ) |
| | ) |
| Defendants. | ) |

### STIPULATION AND ORDER

For purposes of the disposition of this case, Plaintiffs L'Oréal S.A. and L'Oréal USA,

Inc. (collectively "Plaintiffs") and Defendants Johnson & Johnson Consumer Companies, Inc.,

("JJCCI") and Neutrogena Corporation ("Neutrogena") (collectively "Defendants"), subject to

the order of the Court, hereby agree and stipulate as follows:

Whereas the First Amended Complaint in this case, D.I. 20, alleged infringement by

Defendants of one or more claims of the '150 patent;

Whereas the Defendants' Answer to the First Amended Complaint and Defendants'

Counterclaims in this case, D.I. 25, contained counterclaims for declaratory judgment of non-

infringement of the claims of the '150 patent and of invalidity of the claims of the '150 patent.

It is hereby stipulated by Plaintiffs and Defendants that:

1. Plaintiffs dismiss any claim relating to infringement of the '150 Patent with prejudice.

2. Defendants dismiss any claim relating to non-infringement or invalidity of the '150
   Patent with prejudice.

3. Plaintiffs continue to assert infringement and validity of Claims 26 and 27 of the '354
   patent.

4. Defendants continue to assert non-infringement and invalidity of Claims 26 and 27 of

the '354 patent.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP  ASHBY & GEDDES

By: */s/ Bindu A. Palapura*  
    Richard L. Horwitz (#2246)  
    David E. Moore (#3983)  
    Bindu A. Palapura (#5370)  
    Hercules Plaza, 6th Floor  
    1313 N. Market Street  
    Wilmington, DE 19801  
    Tel: (302) 984-6000  
    rhorwitz@potteranderson.com  
    dmoore@potteranderson.com  
    bpalapura@potteranderson.com

OF COUNSEL:

    Richard D. Kelly  
    Jeffrey B. McIntyre  
    Frank J. West  
    Tia D. Fenton  
    Alexander B. Englehart  
    Lisa Mandrusiak  
    OBLON, SPIVAK, McCLELLAND,  
    MAIER & NEUSTADT, LLP  
    1940 Duke St.  
    Alexandria, VA 22314  
    Tel: (703) 413-3000

*Attorneys for Plaintiffs L'Oréal S.A. and
L'Oréal USA, Inc.*

Dated: October 21 , 2014  
1169701/ 38763

By: */s/ Andrew C. Mayo*  
    Steven J. Balick (I.D. #2114)  
    Lauren E. Maguire (I.D. #4261)  
    Andrew C. Mayo (I.D. #5207)  
    500 Delaware Avenue, 8th Floor  
    P.O. Box 1150  
    Wilmington, Delaware 19899  
    Tel.: (302) 654-1888  
    sbalick@ashby-geddes.com  
    lmaguire@ashby-geddes.com  
    amayo@ashby-geddes.com

OF COUNSEL:

    David T. Pritikin  
    Russell E. Cass  
    SIDLEY AUSTIN LLP  
    One South Dearborn  
    Chicago, Illinois 60603  
    Tel: (312) 853-7000

    Bindu Donovan  
    SIDLEY AUSTIN LLP  
    787 Seventh Avenue  
    New York, New York 10019  
    Tel.: (212) 839-5300

*Attorneys for Defendants Johnson & Johnson,
Johnson & Johnson Consumer Companies,
Inc., and Neutrogena Corp.*

IT IS SO ORDERED this 22nd day of Oct. , 2014

U.S.D.J.

2